# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

PETER MILLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-68

_____

March 22, 2024

Appeal from the Circuit Court for Pinellas County; William H. Burgess, III, Judge.

Loren D. Rhoton, Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.